AO 241 (Rev. 09/17)

FILED

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

2018 OCT 29  PM 3: 38

| United States District Court | District: NORTHERN DISTRICT OF OHIO |
|---|---|

| Name (under which you were convicted): TONY PRIMM | Docket or Case No.: 1:18 CV 2498 |
|---|---|

| Place of Confinement : MANSFIELD CORRECTIONAL INSTITUTION | Prisoner No.: A673507 |
|---|---|

| Petitioner (include the name under which you were convicted) TONY PRIMM | v. | Respondent (authorized person having custody of petitioner) MIKE DeWINE |
|---|---|---|

The Attorney General of the State of: OHIO

# JUDGE GWIN

**PETITION**

## MAG. JUDGE LIMBERT

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

    CUYAHOGA COUNTY COURT OF COMMON PLEAS

    1200 ONTARIO STREET

    CLEVELAND, OHIO 44113

    (b) Criminal docket or case number (if you know):   CR-15-594182-A

2.  (a) Date of the judgment of conviction (if you know):  09/11/2015

    (b) Date of sentencing:  09/28/2015

3.  Length of sentence:  LIFE WITHOUT PAROLE PLUS EIGHTY-FIVE YEARS

4.  In this case, were you convicted on more than one count or of more than one crime?  ☒ Yes  ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case: Agg. Murder (Count 1); Murder (Count 2);

    Felonious Assault (Counts 3, 6 and 7); Attempted Agg. Murder (Counts 4 and 5); Improper Discharge of Firearm

    on or near Prohibited Premesis (Count 8); Improper Discharging Firearm at or into Habitation or School (Counts 10-13

    Having Weapons under Disability (Count 14).

6.  (a) What was your plea? (Check one)

    ☒ (1)   Not guilty       ☐ (3)   Nolo contendere (no contest)

    ☐ (2)   Guilty          ☐ (4)   Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?  NOT APPLICABLE

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

    ☒ Jury    ☐ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    ☐ Yes    ☒ No

8.    Did you appeal from the judgment of conviction?

    ☒ Yes    ☐ No

9.    If you did appeal, answer the following:

(a) Name of court:   COURT OF APPEALS OF OHIO, EIGHTH DISTRICT, CUYAHOGA COUNTY

(b) Docket or case number (if you know):   CR-15-594182-A

(c) Result:   AFFIRMED

(d) Date of result (if you know):   08/04/2016

(e) Citation to the case (if you know):   NO. 103548

(f) Grounds raised:   I. Insufficient Evidence to Sustain Agg. Murder Conviction; II. Convictions were against Manifest Weight of Evidence; III. Court Erred to Infringement of Petitioner's Right to Confrontation; IV. Court's Admission of Other Acts Evidence Violated Petitioner's Right to a Fair Trial; V. Court's Consecutive Sentencing was Contrary to Law.

_____

_____

(g) Did you seek further review by a higher state court?   ☒ Yes    ☐ No

If yes, answer the following:

(1) Name of court:   Supreme Court of Ohio

(2) Docket or case number (if you know):   2017-1220: State of Ohio v. Tony Primm

(3) Result:   Review Denied

AO 241 (Rev. 09/17)

        (4) Date of result (if you know):     11/01/2017

        (5) Citation to the case (if you know):     2017-1220: State of Ohio v. Tony Primm

        (6) Grounds raised:     Same as above.

    (h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes   **☒** No

    If yes, answer the following:

    (1) Docket or case number (if you know):

    (2) Result:

    (3) Date of result (if you know):

    (4) Citation to the case (if you know):

10.   Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☐ Yes   **☒** No

11.   If your answer to Question 10 was "Yes," give the following information:

    (a)     (1) Name of court:

            (2) Docket or case number (if you know):

            (3) Date of filing (if you know):

            (4) Nature of the proceeding:

            (5) Grounds raised:

            (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        ☐ Yes   ☐ No

        (7) Result:

AO 241 (Rev. 09/17)

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

      (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        ❑ Yes    ❑ No

      (7) Result: _____

      (8) Date of result (if you know): _____

    (d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

      (1) First petition:    ❑ Yes    ❑ No

      (2) Second petition:   ❑ Yes    ❑ No

      (3) Third petition:    ❑ Yes    ❑ No

    (e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

    **CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** Petitioner's Right to a Fundamentally Fair Trial was violated and the State Court's affirmance was Contrary to the U.S. Constitution's 5th and 6th Amendment

  (a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The jury was allowed to hear testimony relative to an acquitted murder charged against Petitioner. This testimony was elicited by the State in a manner that undermined Petitioner's presumption of innocence, and subverted his right to choose whether to testify on his own behalf, or to remain silent, and which had a substantial and injurious effect on the outcome of the case.

_____

_____

  (b) If you did not exhaust your state remedies on Ground One, explain why: _____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(c)  **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

**(d) Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes  ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One: _____

_____

_____

---

**GROUND TWO:**          Ineffective Assistance of Counsel

---

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel failed to argue ground one in state court with the necessary clarity and force. If Counsel had done so, the error would

have been sustained in Petitioner's favor.

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

(c)    **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?      ☐ Yes      ☐ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why:  Ineffective Assistance of Counsel claims

are preferred as Habeas/Post-Conviction matters, thus the instant petition.

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes      ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?          ☐  Yes    ☐  No

(4) Did you appeal from the denial of your motion or petition?      ☐  Yes    ☐  No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐  Yes    ☐  No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two : _____

_____

**GROUND THREE:**          Ineffective Assistance of Counsel _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel in the trial court failed to set forth the Petitioner's affirmative defense of "Defense of self and others," which sould have

been instructed to the jury as a basis of aquittal.

_____

_____

_____

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

_____

(c)  **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:  Ineffective Assistance of Counsel

_____

_____

(d)  **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes  ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three: _____

_____

**GROUND FOUR:**  See Brief in Support of Writ of Habeas Corpus (To be Filed as a Delayed Brief)

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

(c)    **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?      ☐  Yes      ☐  No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

          ☐  Yes      ☐  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

_____

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

_____

_____

_____

_____

Page 12 of 16

AO 241 (Rev. 09/17)

13.  Please answer these additional questions about the petition you are filing:

    (a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court

           having jurisdiction?    ☐ Yes      ☐ No

           If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

           presenting them:  The ineffective assistane of counsel claims are only here availed the opportunity to be

           litigated.

    (b)    Is there any ground in this petition that has not been presented in some state or federal court?  If so, which

           ground or grounds have not been presented, and state your reasons for not presenting them:

14.  Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

    that you challenge in this petition?    ☐ Yes    ☐ No

    If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues

    raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

    of any court opinion or order, if available.

15.  Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

    the judgment you are challenging?    ☐ Yes    ☒ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

    raised.

AO 241 (Rev. 09/17)

16.  Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

_____

(b) At arraignment and plea: _____

_____

(c) At trial:  W Scott Ramsey, 55 Public Square, Cleveland, OH 44113

_____

(d) At sentencing:  W Scott Ramsey, 55 Public Square, Cleveland, OH 44113

_____

(e) On appeal:  Thomas A Rein, 820 W. Superior Ave., Suite 800, Cleveland, OH 44113

_____

(f) In any post-conviction proceeding: _____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

17.  Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?  ☐ Yes  ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?  ☐ Yes  ☐ No

18.  TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)     A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

     (A)     the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

     (B)     the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

     (C)     the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

     (D)     the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2)  The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:  Issue a Writ of Habeas Corpus invalidating

Petitioner's conviction and ordering retrial.

or any other relief to which petitioner may be entitled.

/s/Christopher McNeal (0096363)

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on _____ (date).

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.